# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 5, 2016

## NO. 03-14-00802-CR

**Pedro Elizondo Martinez, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 26TH DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTONAND BOURLAND
MODIFIED AND, AS MODIFIED, AFFIRMED –
OPINION BY JUSTICE PEMBERTON**

This is an appeal from the judgment of conviction signed by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment of conviction but that there was error requiring correction. Therefore, the Court modifies the district court's judgment of conviction to delete the deadly-weapon finding. The Court affirms the judgment of conviction as modified. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.